ERIK BABCOCK (SBN: 172517)
Law Offices of Erik Babcock
420 Third Street, Suite 250
Oakland, CA 94607

Erik@babcocklawoffice.com
Tel: (510) 452 – 8400

Attorney for defendant
ALBERT HERNANDEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERT HERNANDEZ, ET AL<br>Defendant. | **Case No.:** CR 24 00229 EJD<br>**ORDER RE: USE OF DIGITAL TABLET IN CUSTODY** |

TO: ROBERT JONSEN, THE SHERIFF OF SANTA CLARA COUNTY, AND TO THE SANTA CLARA COUNTY SHERIFF'S OFFICE AND THE SANTA CLARA COUNTY JAILS:

Counsel for the defendant has represented that discovery in this case is voluminous or is in a digital format that can only be efficiently reviewed by the defendant on a digital tablet. The Court therefore orders that Defendant Albert Herndandez be permitted to use a digital tablet for the sole purpose of reviewing discovery and legal materials from the media storage device that relate to his/her criminal case, under the following conditions:

1. The Administrative Support Unit of the Santa Clara County Sheriff's Office ("SCCSO") have agreed to the make, model, and specifications required for the digital tablet. Password-protected software will be installed to lock down the tablet and prevent access to the internet or any and all wireless communication (including but not limited to, WI-FI, LTE, 4G, etc.), games or entertainment programs of any kind. The digital tablet, and

any media storage device provided to be installed into the tablet (such as a SD or micro-SD card) shall contain no image or files other than discovery, case law, and work product relevant to the criminal case;

2. The digital tablet and charging unit shall be purchased by retained or appointed counsel from Court Discovery Management (CDM). The digital tablet, lockdown software, and installation protocol must be specifically identified by the Office of the Federal Public Defender for the Northern District of California and/or the Criminal Justice Act Unit, as approved by the Administrative Support Unit of the SCCSO. Only tablets procured with the assistance of the Federal Public Defender and/or the Criminal Justice Act Unit will be permitted;
3. Discovery, case law, and work product relevant to the criminal case will be stored on the media storage device and/or loaded on the digital tablet;
4. SCCSO staff will provide only the tablet to the defendant. No power cord, or any other type of cord, will be provided to the defendant;
5. Before the digital tablet is provided to the defendant, it will be inspected to ensure that its internet lockdown software is operating properly and that the tablet is secure;
6. Counsel for the defendant, through CDM, will provide staff at the Santa Clara County Jail a digital media device loaded with discovery or case materials. Counsel will be responsible for updating and loading onto the tablet additional discovery and case materials. Counsel shall contact the Administrative Unit at the jail and arrange to retrieve the tablet, upload new materials, and then return to the Administrative Unit once completed. Counsel may not provide digital media directly to the defendant. Tablets and digital media devices may only be provided through SCCSO staff;
7. SCCSO staff are authorized to scan the contents of the digital tablet and media storage devices provided (such as SD or micro-SD cards), to ensure they do not contain contraband; if the security measures of the tablet are suspected of being breached, the SCCSO will conduct a security assessment of the tablet, confiscate the tablet, secure the tablet, and notify the United States Marshal's Service (USMS). The USMS will be

responsible for notifying the appropriate law enforcement agency if criminal activity is suspected.

8. The digital tablet will be stored in the office of the housing floor or housing unit deputy and/or in an area designated by the SCCSO Administrative Unit. The tablet will be secured and charged at that location, and will be accessible to Defendant Doe in the housing unit at the Sheriff's sole discretion;
9. Neither the Sheriff's Office nor the County of Santa Clara will be responsible for any damage to the digital tablet;
10. Defendant Albert Hernandez shall use the digital tablet for the sole purpose of reviewing discovery and legal materials from the media storage device that relate to his/her criminal case. Defendant Albert Hernandez shall not share the digital tablet, the digital storage device, or the materials loaded onto the tablet or digital storage device, with any other inmate, or with any attorney not appointed to this case, without an order of this Court. Defendant Hernandez shall not access, or attempt to access, the internet or any form of wireless communication (including, but not limited to, WI-FI, LTE, 4G, etc.) with the device;
11. Before Defendant Albert Hernandez is provided with this digital tablet, he / she must execute a waiver (a copy of which will be provided to Administrative Unit by CDM with the tablet and by SCCSO staff to the defendant);
12. Any violation of this order by the defendant, or any use of the tablet that jeopardizes jail security, will result in the immediate confiscation of the digital tablet by the SCCSO and the inmate shall not be allowed to use the tablet;
13. Among other consequences, any violation of the limitations of this order by counsel may result in the loss of visiting privileges for counsel at the Santa Clara County Jail.

IT IS SO ORDERED.

September 22, 2026

Dated

EDWAR
United St

